IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 23-cr-00026-7 |
| : | |
| TERRENCE MAXWELL : | |

**ORDER**

**AND NOW**, this 17th day of January, 2024, upon consideration of Defendant's Motion to Suppress Tangible Evidence Seized Following Unlawful Stop and Search of a Black Bag and Memorandum of Points and Authorities in Support Thereof (ECF No. 181), the Government's Omnibus Response to Defendant's Pretrial Motion (ECF No. 183), and the evidence and argument presented during a hearing on December 12, 2023; and for the reasons stated in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion (ECF No. 181) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge